### J. W. GUNN v. THE STATE.

No. 19225. Delivered January 26, 1938.
Rehearing denied March 30, 1938.

The opinion states the case.

*John T. Williamson*, of Coleman, for appellant.

*A. O. Newman*, District Attorney, of Coleman, and *Lloyd W. Davidson*, State's Attorney, of Austin, for the State.

MORROW, PRESIDING JUDGE.—The offense is unlawfully passing a forged instrument; penalty assessed at confinement in the penitentiary for. a period of two years.

The indictment appears regular and regularly presented.

The statement of facts accompanying the record can not be considered for the reason that same was not filed within the time required by law. The motion for new trial was overruled and notice of appeal given on April 12, 1937. Ninety days were allowed within which to file the statement of facts and bills of exception, which time expired on July 11, 1937. The statement of facts was not filed in the trial court until October 19, 1937, which was 190 days after notice of appeal was given.

In the absence of the statement of facts and bills of exception, nothing is presented justifying a reversal of the conviction.

The judgment is affirmed.

## ON MOTION FOR REHEARING.

GRAVES, JUDGE.—This cause has been heretofore affirmed in an opinion by Presiding Judge MORROW. The statement of facts accompanying the record was not considered for the reason that same was not filed within the time required by law. It should have been filed by July 11, 1937. We find it to have been filed on October 19, 1937, and it comes too late. Under these circumstances the motion for rehearing will be overruled.